374 A.2d 974

**COMMONWEALTH of Pennsylvania**

v.

**Cleveland BUTLER, Appellant (two cases).**

Supreme Court of Pennsylvania.

Argued April 16, 1977.

Decided July 8, 1977.

Morris Paul Baran, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, First Asst. Dist. Atty., David Richman, Asst. Dist. Atty., Chief, Appeals Division, Benjamin H. Levintow, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

The court being equally divided, the judgments of sentence are affirmed.

JONES, former C. J., took no part in the consideration or decision of this case.